### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHRYN KEICH**<br><br>*Plaintiff*,<br><br>v.<br><br>**WORLDWIDE EXPRESS HOLDINGS, LLC, et al.**,<br><br>*Defendants*. | Case No. 5:19-cv-02764-JDW |

### ORDER

AND NOW, this 23rd day of October, 2020, upon consideration of Defendant WWEO's Motion For Summary Judgment (ECF No. 35) and Defendants' WWEX, SMB, and Topco's Motion For Summary Judgment (ECF No. 36), for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendant WWEO's Motion For Summary Judgment (ECF No. 35) is **GRANTED**;

2. Defendants' WWEX, SMB, and Topco's Motion For Summary Judgment (ECF No. 36) is **GRANTED**; and

3. **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiff.

4. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge